# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4878

_____

CHARLIE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

August 23, 2019

PER CURIAM.

AFFIRMED. *See Hart v. State*, 255 So. 3d 921 (Fla. 1st DCA 2018), *petition for review pending*, Fla. S. Ct. Case. No. SC18-1241; *see also Pedroza v. State*, 244 So. 3d 1128 (Fla. 4th DCA 2018), *review granted*, No. SC18-964, 2018 WL 6433136, at *1 (Fla. Dec. 6, 2018).

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charlie Johnson, Appellant, pro se.

Ashley Moody, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.